# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLEI CEPHUS,<br><br>              Plaintiff,<br><br>    v.<br><br>JUDICIAL COUNCIL OF CALIFORNIA, et al.,<br><br>              Defendant. | Case No. 2:24-cv-10959-VBF (SK)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION TO DISMISS PLAINTIFF'S COMPLAINT** |

      In accordance with 28 U.S.C. § 636, the Court has reviewed the attached Report and Recommendation to dismiss Plaintiff's Complaint (ECF 20), Plaintiff's Objections to the Report and Recommendation (ECF 22), and any pertinent records as needed. Having reviewed de novo those specific portions of the Report and Recommendation to which Plaintiff has timely and properly objected, the Court concludes that nothing in the Objections affects or alters the material findings and conclusions set forth in the Report and Recommendation. *See* Fed. R. Civ. P. 72(b). The Court therefore accepts those findings and conclusions and adopts the recommendation to dismiss Plaintiff's Complaint. *See* 28 U.S.C. § 636(b)(1)(C). Judgment dismissing this action without prejudice will be entered accordingly.

      IT IS SO ORDERED.

DATED: August 18, 2025

/s/ Valerie Baker Fairbank
VALERIE BAKER FAIRBANK
United States District Judge