JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MICHELLEI CEPHUS,

           Plaintiff,

      v.

JUDICIAL COUNCIL OF CALIFORNIA, et al.,

           Defendants.

Case No. 2:24-cv-10959-VBF (SK)

**JUDGMENT**

Pursuant to the Order Accepting Report and Recommendation to Dismiss Plaintiff's Complaint, **IT IS ADJUDGED** that this action is dismissed without prejudice.

DATED:     August 18, 2025

/s/ Valerie Baker Fairbank

VALERIE BAKER FAIRBANK
United States District Judge